UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALTER BUSINESS ADVISORS, LLC,

    Plaintiff,

v.    Case No.:  2:23-cv-715-JLB-KCD

THE DOC APP, INC., NICHOLAS GARULAY and PITCREW GG HOLDINGS, LLC,

    Defendants.
_____/

## ORDER

Defendants have objected to the undersigned's order remanding this case to state court. (Doc. 36.) Following Plaintiff's response to the objections, Defendants unilaterally filed another brief titled "Memorandum in Support of Objection to Order Granting Remand to State Court." (Doc. 44.) But this additional briefing is not permitted under the local rules, which provide that "no party may file a reply directed to a response" without leave. (Local Rule 3.01(d).) Defendants never received permission to submit a reply or supplemental brief. **Accordingly, the Court grants Plaintiff's motion to strike the supplemental brief (Doc. 45) and directs the Clerk to strike Docket Entry No. 44.**

**ORDERED** in Fort Myers, Florida on March 19, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record